```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 38432
  MICHAEL W CROSSE
  DEANNA L CROSSE                          CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-7254    SSN XXX-XX-7475


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/04 and confirmed on 12/07/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  37912.91 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL    SECURED VEHIC    10170.00       2270.00       10170.00
AMERICAS SERVICING CO    CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE         .00           .00            .00
ASPIRE VISA              UNSECURED         844.94           .00         844.94
ECAST SETTLEMENT CORPORA UNSECURED        1415.83           .00        1415.83
CAPITAL ONE FINANCIAL    UNSECURED        NOT FILED        .00            .00
THE CHICAGO DEPT OF REVE UNSECURED         170.00           .00         170.00
COMED                    UNSECURED         557.15           .00         557.15
D&B MRS                  UNSECURED        NOT FILED        .00            .00
DAIMLER CHRYSLER SERVICE UNSECURED        9267.30           .00        9267.30
FAST CASH ADVANCE        UNSECURED        4133.27           .00        4133.27
HINSDALE HOSPITAL        UNSECURED        NOT FILED        .00            .00
MARSHALL FIELD           UNSECURED         612.65           .00         612.65
NICOR GAS                FILED LATE            .00           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        2464.78           .00        2464.78
HINSDALE HOSPITAL        UNSECURED        NOT FILED        .00            .00
ROUNDUP FUNDING LLC      UNSECURED         972.63           .00         972.63
ECAST SETTLEMENT CORPORA UNSECURED         275.01           .00         275.01
ECAST SETTLEMENT CORPORA UNSECURED         294.38           .00         294.38
JOHN J LYNCH             REIMBURSEMENT      42.00           .00          42.00
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10170.00      42.00    21007.94          .00      31219.94
PRINCIPAL PAID      10170.00      42.00    21007.94          .00      31219.94
INTEREST PAID        2270.00        .00         .00          .00       2270.00
```

```
TOTAL PAID              12440.00         42.00       21007.94           .00       33489.94
```
The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   1718.46 .

Refunds to the Debtor totaled $      4.51 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE